**Motion Denied; Order filed May 16, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00010-CV
_____

## MARGARET FIELDS, Appellant

## V.

## HOUSTON INDEPENDENT SCHOOL DISTRICT, Appellee

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2016-86461**

## ORDER

Appellant's brief was originally due February 19, 2019. We granted extensions of time to file appellant's brief until May 21, 2019. When we granted the final extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On May 7, 2019, appellant filed a further request for extension of time to file appellant's brief. Appellant requested another 30-day extension noting that a hearing on her motion for new trial is set to be heard June 3, 2019. The record before this court reflects a motion for new trial

was timely filed January 11, 2019. Appellee responded to appellant's request for an extension, noting that the trial court denied appellant's motion for new trial on February 25, 2019. Appellant subsequently has filed two untimely motions for new trial, the second of which appellant asserts is set for hearing June 3, 2019. Appellant has not alleged exceptional circumstances in her request for an extension. We deny the request and issue the following order.

We order appellant to file a brief with the clerk of this court on or before **June 20, 2019**. If appellant does not file the brief by June 20, 2019 as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Chief Justice Frost and Justices Spain and Poissant.